IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Richmond Division</u>

| | |
|---|---|
| AMANGOUA J. BILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15cv00051 |
| | ) |
| RREMC, LLC, | ) |
| AND DENNY'S CORPORATION, | ) |
| | ) |
| Defendants. | ) |

**<u>FILED UNDER SEAL</u>**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| AMANGOUA J. BILE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:15cv00051 |
| | ) | |
| RREMC, LLC, | ) | |
| AND DENNY'S CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT

Defendants Denny's Corporation ("Denny's Corp.") and RREMC, LLC ("RREMC"), by counsel, respectfully move to enforce the Settlement Agreement reached by the Parties for the reasons set forth in the accompanying Memorandum of Law in Support of Motion to Enforce Settlement Agreement.

Dated:  April 13, 2016        Respectfully submitted,

DENNY'S CORPORATION and RREMC, LLC

By:  /s/  Olaoluwaposi O. Oshinowo

Vijay K. Mago (VSB No. 40531)
Olaoluwaposi O. Oshinowo (VSB No. 84992)
LeClairRyan, A Professional Corporation
Riverfront Plaza, East Tower
919 East Main Street, 24th Floor
Richmond, Virginia 23219
Phone:  (804) 783-7579
Fax:  (804) 783-7651
vijay.mago@leclairryan.com
posi.oshinowo@leclairryan.com

*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of April 2016, I electronically filed the foregoing DEFENDANTS' MOTION TO ENFORCE SETTLEMENT AGREEMENT with the Clerk of Court using the CM/ECF system which will then send notification to the following counsel of record:

>Kathy A. White, Esquire
>Ubom Law Group, PLLC
>7600 Georgia Ave., N.W., Suite 411
>Washington, DC 20012
>Phone: (202) 723-8900
>Fax: (202) 723-5790

>/s/ Olaoluwaposi O. Oshinowo
>Vijay K. Mago (VSB No. 40531)
>Olaoluwaposi O. Oshinowo (VSB No. 84992)
>LeClairRyan, A Professional Corporation
>Riverfront Plaza, East Tower
>919 East Main Street, 24th Floor
>Richmond, Virginia 23219
>Phone: (804) 783-7579
>Fax: (804) 783-7651
>vijay.mago@leclairryan.com
>posi.oshinowo@leclairryan.com

>*Counsel for Defendants*