IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
<u>Richmond Division</u>

| | |
|---|---|
| AMANGOUA J. BILE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 3:15cv00051 |
| | ) |
| RREMC, LLC, | ) |
| AND DENNY'S CORPORATION, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Defendants' Motion for Extension of Time to file their Memorandum in Opposition to Plaintiff's Motion to Enforce Settlement Agreement [DN 59], it is hereby:

ADJUDGED, DECREED, AND ORDERED that Defendants' Motion for Extension of Time is GRANTED, and Defendants shall be required to file their Memorandum in Opposition to Plaintiff's Motion to Enforce Settlement Agreement on or before May 27, 2016.

It is so ORDERED.

Let the Clerk of Court send attested copies of this Order to counsel of record.

ENTER \_\_\_\_\_/\_\_\_\_\_/\_\_\_\_\_

_____
The Honorable Robert E. Payne