| | |
|---|---|
| From: | Oshinowo, Olaoluwaposi O. <OlaoluwaposiPosi.Oshinowo@leclairryan.com> |
| Sent: | Thursday, July 30, 2015 6:18 PM |
| To: | 'ubomlawgroup@yahoo.com' |
| Cc: | Mago, Vijay K. |
| Subject: | RE: Bile v. RREMC/Denny's Settlement Check [IWOV-LECLAIR1.FID761863] |

Rev. Ubom,

Below is a receipt confirming a wire transfer of $_____ on behalf of RREMC, LLC to Mr. Bile's personal account at Barclays Bank pursuant to your instructions on July 29, 2015. Notwithstanding your statements during and subsequent to the settlement conference that you do not intend to seek costs or attorney's fees from Mr. Bile with respect to your representation of him in this matter, the notice line on the wire reflects that the $_____ wire constitutes RREMC, LLC's settlement compensation to Mr. Bile for his damages, costs, and attorney's fees. Of course, you and your client are free to make any arrangements you would like concerning the ultimate allocation of these funds.

**Commercial Electronic Office (CEO) Portal Treasury Information Reporting Event:** Outgoing Wire

One or more wire transfers have been sent from your account(s).

Date/Time Stamp: 07/30/2015 09:27 am PT

**Account Information**

| | |
|---|---|
| Debit Account Number: | XXXXXXX-635 |
| Debit Account Name: | Virginia IOLTA trust |

**Event Information**

| | |
|---|---|
| Wire Amount: | _____ USD |
| Value Date: | 07/30/2015 |
| Beneficiary Name: | Amangoua Bile |
| Fed/SWIFT Confirmation Number: | 0730I1B7032R008770 |

For more information about this event, please sign on to the CEO portal.

Event Message ID: 211-4693372

As outlined in the Settlement Agreement, and as Vijay noted in his e-mail to you on July 29, 2015, RREMC, LLC has issued a check for _____, less applicable state and federal taxes and witholdings, to Mr. Bile. My understanding is that the check was overnighted to the address you provided for Mr. Bile earlier today, so he should receive it tomrrow. In any case, Mr. Bile will receive the check prior to the August 11, 2015, deadline for payment of the consideration, as set forth in the Settlement Agreement that the parties negotiated in good faith with the supervision of Magistrate Judge Young and executed on July 21, 2015.

Please let us know if you have any questions.

Best,

**Olaoluwaposi "Posi" Oshinowo**
**Attorney at Law**
L<span>E</span>C<span>LAIR</span>R<span>YAN</span>

Riverfront Plaza, East Tower
951 East Byrd Street, Eighth Floor
Richmond, Virginia 23219
(804) 343-4061 Direct
(804) 343-4075 Fax
OlaoluwaposiPosi.Oshinowo@leclairryan.com
http://www.leclairryan.com

Blog | LinkedIn | Twitter

Please consider the environment before printing this email.

---

**From:** ubomlawgroup@yahoo.com [mailto:ubomlawgroup@yahoo.com]
**Sent:** Wednesday, July 29, 2015 6:40 PM
**To:** Mago, Vijay K.; Oshinowo, Olaoluwaposi O.
**Subject:** Re: Bile v. RREMC/Denny's Settlement Check

Dear Vijay and Oshinowo:

Please issue/pay in the settlement check of ▮▮▮▮▮▮ via wire transfer directly to Amangoua Bile on his Barclays account details as specified below, He will be needing it for some transactions in Europe as he advised and forward to our mail the wire transfer receipt once payment is initiated not later than Friday. All transfer charges to be deducted from settlement funds.

BANEFICIARY NAME: AMANGOUA BILE
BANK: BARCLAYS BANK
SORT CODE: 204304
ACCOUNT: ▮▮▮▮▮▮▮▮
IBAN: GB95 BARC 2043 0403 9662 40
SWIFT/BIC: BARCGB22

Sincerely,
Rev. Ubom, Esq.

*Ubom Law Group, PLLC*
*7600 Georgia Avenue NW*
*Suite 410/411*
*Washington, DC 20012*
*Tel: (202) 723-8900*
*Fax: (202) 723-5790*

This e-mail is confidential, intended only for the named recipient(s) above and may contain information that is privileged, attorney work product or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (202) 723-8900 and delete this e-mail message from your computer. Thank you.

Circular 230 Disclosure: Pursuant to recently-enacted U.S. Treasury Department Regulations, we are now required to advise you that, unless otherwise expressly indicated, any federal tax advice contained in this communication, including attachments and enclosures, is not intended or written to be used, and may not be used, for the purpose of either (i) avoiding tax-related penalties under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matters addressed herein.